668 A.2d 135

WOOLRICH, INC., Respondent,

v.

WESTERN IM–EX COMPANIES, INC. and Pennsylvania National Bank, Incorporated as Corestates Bank, N.A.,

Petition of WESTERN IM–EX COMPANIES, INC.

No. 386 Middle District Allocatur Docket 1995.

Supreme Court of Pennsylvania.

Dec. 15, 1995.

## ORDER

PER CURIAM:

AND NOW, this 15th day of December, 1995, the Motion to Withdraw and Dismiss Appeal is hereby granted.

MONTEMURO, J., participates by designation as a senior judge as provided by Rule of Judicial Administration 701(f).